**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AJF Engineering, Inc., | ) | No. CV 05-3862-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Willie James Wade, et al., | ) | |
| Defendants. | ) | |
| Willie James Wade, et al., | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| AJF Engineering, Inc., | ) | |
| Counterdefendant. | ) | |

Pending before the Court is the parties' Rule 26(f) Proposed Discovery Plan. The parties have informed the Court that they may be able to resolve this dispute through mediation with a private mediator and request the Court to order that such mediation be completed no later than August 31, 2006. (Dkt. 28.)

Good cause appearing,

1 **IT IS HEREBY ORDERED** that Plaintiff/Counterdefendant AJF Engineering, Inc. and Defendants/Counterclaimants Willie James Wade, Jennifer Wade, Steven Juraszek, and Stacey Juraszek shall complete mediation through a private mediator no later than August 30, 2006.  (Dkt. 28.)

DATED this 24th day of July, 2006.

Stephen M. McNamee
United States District Judge