**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AJF Engineering, Inc., ) | No. CV 05-3862-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Willie James Wade, et al., ) | |
| Defendants. ) | |
| _____ ) | |
| Willie James Wade, et al., ) | |
| Counterclaimants, ) | |
| vs. ) | |
| AJF Engineering, Inc., ) | |
| Counterdefendant. ) | |
| _____ ) | |

    Pending before the Court is the parties' Stipulation to File Plaintiffs's Second Amended Complaint for Damages and Injunctive Relief. (Dkt. 37.)  Good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to File Plaintiffs's Second Amended Complaint for Damages and Injunctive Relief. (Dkt. 37.)

/ / /

/ / /

1 **IT IS FURTHER ORDERED** that the Clerk of Court shall file the Second Amended Complaint and five exhibits attached to docket number 37 as the Second Amended Complaint in this action.

DATED this 27th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge