**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AJF Engineering, Inc., | ) | No. CV 05-3862-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Willie James Wade, et al., | ) | |
| Defendants. | ) | |
| Willie James Wade, et al., | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| AJF Engineering, Inc., | ) | |
| Counterdefendant. | ) | |

    Pending before the Court is the Stipulation of Plaintiff AJF Engineering, Inc. and Defendant Fasturtle Technologies, Inc. ("Fasturtle") to Extend the Time for Fasturtle to Answer Plaintiff's Complaint. (Dkt. 46.) Good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** Plaintiff's and Fasturtle's Stipulation to Extend the Time for Fasturtle to Answer Plaintiff's Complaint. (Dkt. 46.)

/ / /

1 **IT IS FURTHER ORDERED** that Defendant Fasturtle shall have until November 15, 2006 to file its Answer to Plaintiff's Complaint.

DATED this 8th day of November, 2006.

Stephen M. McNamee
United States District Judge