**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AJF Engineering, Inc., | ) | No. CV 05-3862-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Willie James Wade, et al., | ) | |
| Defendants. | ) | |
| Willie James Wade, et al., | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| AJF Engineering, Inc., | ) | |
| Counterdefendant. | ) | |

Pending before the Court is a Motion Permitting Withdrawal filed by Hymson, Goldstein & Pantiliat, P.C., attorneys of record for Defendants/Counterclaimants Willie James Wade, Jennifer Wade, and Willie James Wade d/b/a the English Inspector ("Defendants/Counterclaimants"). (Dkt. 55.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Motion Permitting Withdrawal of attorneys Hymson, Goldstein & Pantiliat, P.C. (Dkt. 55.) The Clerk of Court shall take

1 notice that the Motion Permitting Withdrawal contains the name, last known residence and
2 last known telephone number of the Defendants/Counterclaimants.

3      **IT IS FURTHER ORDERED** that Eddie A. Pantiliat and Chad H. Conelly, Hymson,
4 Goldstein &Pantiliat, P.C., may withdraw as counsel of record for
5 Defendants/Counterclaimants, pursuant to LRCiv 83.3(b)(1) of the Rules of Practice of the
6 United States District Court for the District of Arizona.

7      DATED this 4th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -