**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AJF ENGINEERING, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIE JAMES WADE and JENNIFER WADE, husband and wife; WILLIE JAMES WADE d/b/a THE ENGLISH INSPECTOR; STEVEN JURASZEK and STACEY JURASZEK, husband and wife; STEVEN JURASZEK d/b/a INSPECT THE BEST, and FASTURTLE TECHNOLOGIES, LLC, an Arizona corporation,<br><br>Defendants. | Case No.: CV05-03862-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the Agreed and Unopposed Motion to Reschedule Rule 16 Preliminary Pretrial Conference scheduled for March 15, 2007 filed by Defendants Steven Juraszek and Stacey Juraszek. (Dkt. 68.) Good cause appearing therefore,

**IT IS HEREBY ORDERED GRANTING** Defendants' Agreed and Unopposed Motion to Reschedule Rule 16 Preliminary Pretrial Conference. (Dkt. 68.)

**IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference scheduled for March 15, 2007 shall be continued to March 21, 2007 at 4:00 p.m. in Courtroom 605, 401 West Washington Street, Phoenix, Arizona.

1 **IT IS FURTHER ORDERED** that, with the exception of the time and date of the
2 Preliminary Pretrial Conference, the parties shall comply with all of the other requirements
3 set forth in the Court's Order Setting Rule 16 Preliminary Pretrial Conference. See Dkt. 66.
4 The parties' Joint Proposed Case Management Plan shall be filed no later than March 13,
5 2007.

DATED this 26th day of January, 2007.

Stephen M. McNamee
United States District Judge