**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AJF Engineering, Inc., | ) | No. CV 05-3862-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Willie James Wade, et al., | ) | |
| Defendants. | ) | |
| Willie James Wade, et al., | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| AJF Engineering, Inc., | ) | |
| Counterdefendant. | ) | |

On March 21, 2007, a Preliminary Pretrial Conference was held in open Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. *Pro se* defendant Willie Wade appeared on behalf of himself and Jennifer Wade. In addition, the following parties appeared with counsel, Plaintiff AJF Engineering, Inc. ("AJF"), Defendants Steven and Stacey Juraszek, and Defendant Fasturtle Technologies, LLC ("Fasturtle").

During the conference, counsel for Defendants Juraszek and counsel for Defendant Fasturtle represented that they have reached a settlement of this matter with Plaintiff AJF. Defendant Wade represented that he needs additional time to consider the settlement terms proposed by Plaintiff AJF. Counsel for all parties agreed that the Court would hold a status conference in this case on April 20, 2007 at 4:00 p.m. for any parties who have not settled their claims before that date. Accordingly,

**IT IS HEREBY ORDERED** that a status conference will be held in the present case on April 20, 2007 at 4:00 p.m. in Courtroom 605, 401 W. Washington Street, Phoenix, Arizona. Counsel for any parties who have not settled their claims, counterclaims, and/or cross-claims and who have not filed settlement documents, including a stipulation for dismissal with prejudice, by April 19, 2007 shall appear at the status conference.

**IT IS FURTHER ORDERED** that counsel for any parties who have settled their claims, counterclaims and/or cross-claims <u>and</u> filed settlement documents with the Court by April 19, 2007 are <u>not required</u> to appear at the April 20, 2007 status conference.

DATED this 22nd day of March, 2007.

Stephen M. McNamee
United States District Judge

- 2 -