**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AJF ENGINEERING, INC., an Arizona corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIE JAMES WADE and JENNIFER WADE, husband and wife; WILLIE JAMES WADE dba THE ENGLISH INSPECTOR; STEVEN JURASZEK and STACEY JURASZEK dba INSPECT THE BEST, and FASTURTLE TECHNOLOGIES, LLC., an Arizona corporation,<br><br>    Defendants. | No. CV 05-3862-PHX-SMM<br><br>**STIPULATION OF DISMISSAL** |

    Pursuant to the signed stipulation of PLAINTIFF AJF ENGINEERING, INC., an Arizona corporation, ("AJF"), and Defendants STEVEN JURASZEK and STACEY JURASZEK, husband and wife; STEVEN JURASZEK d/b/a INSPECT THE BEST, and FASTURTLE TECHNOLOGIES, LLC, an Arizona corporation, ("Settling Defendants") (AJF and Settling Defendants are collectively referred to as the "Settling Parties"), wherein the Settling Parties agreed to the dismissal of their claims against one another and the entry of the following final injunction, and good cause appearing therefore;

1  **IT IS HEREBY ORDERED** incorporating into this Order the terms and conditions in the Stipulation of Dismissal (Doc. 84) and For Entry of Final Injunction by Agreement signed by the Settling Parties and ordering that those terms are binding on the Settling Parties.

**IT IS FURTHER ORDERED** that, pursuant to 17 U.S.C. §502 and Rule 65 Fed. R. Civ. P., the Juraszek Defendants and, if and to the extent applicable, their officers, directors, agents, servants, employees, attorneys, representatives, related companies, successors, assigns and all others under their supervision and control, at their request or in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, are from the date of this Order:

(1) permanently enjoined from copying, publishing or distributing any of the copyrighted elements of the AJF ENGINEERING SAMPLE INSPECTION REPORT ("Protected Report") as registered with the United States Copyright Office, Certificate of Registration No. TXu-160-034, effective October 25, 2005; and

(2) permanently enjoined from copying, publishing, or distributing any of the copyrighted elements of the AJF WEBSITE PAGES ("Protected Website") as registered with the United States Copyright Office, Certificate of Registration No. TXu1-277-801, effective April 26, 2006.

This final injunction does not preclude the Juraszek Defendants from: (1) using any version of the SansWrite software program or any other commercially or privately available home inspection software, and any report or template generated from any such software program, provided that the Juraszek Defendants do not copy any portion the Protected Report; or (2) working in the home inspection or any other business.

**IT IS FURTHER ORDERED** that, prior to seeking any legal or equitable relief in any further proceedings against any of the other Settling Parties with regard to any claims, controversies or disputes arising out of or relating to this final injunction, the non-breaching party must give written notice to the breaching party describing the nature of the alleged

1 breach and providing three available dates and times for a face-to-face mediation with a
2 qualified mediator chosen by the non-breaching party in the Phoenix/Scottsdale, Arizona
3 area. The breaching party may choose one of the three dates and mediation will be
4 conducted at that date and time. The Parties will share the cost of the mediation equally.

5       The written notice must be provided by certified U.S. Mail, return receipt requested,
6 or Federal Express, to the non-breaching party at the following addresses:

7

8 **AJF Engineering, Inc**.
10752 N. 89th Place
9 Scottsdale, AZ 85260

10 <u>With a copy to:</u>
Maria Crimi Speth
11 Jaburg & Wilk PC
3200 N. Central Ave.
12 Suite - #2000
Phoenix, AZ 85012
13
**Fasturtle Technologies, LLC**
14 15035 N. 73rd St. - Suite A
Scottsdale, AZ 85260
15
<u>With a copy to:</u>
16 Mark S. Diekemper
Lang & Baker, PLC
17 8767 E. Via De Commercio - Suite 102
Scottsdale, AZ 85258
18
**Steven Juraszek, Stacy Juraszek and Steven Juraszek d/b/a Inspect the Best,**
19 10401 E. McDowell Mt. Ranch Rd.
Suite 2-297
20 Scottsdale, AZ 85255

21 <u>With a copy to:</u>
Eddie A. Pantiliat, Esq.
22 Chad H. Conelly, Esq.
HYMSON, GOLDSTEIN & PANTILIAT, P.C.
23 14646 N. Kierland Blvd.
Suite 255
24 Scottsdale, AZ 85254

25 ///

26       If the parties satisfy the mediation requirement but cannot resolve the dispute, either
27 party may bring an action to resolve any claims, controversies or disputes arising out of or
28

1 relating to this Order or the Settling Parties' Stipulation only in the United States District
2 Court for the District of Arizona, which the parties agree retains jurisdiction over the parties
3 to enforce the terms of the Stipulation and this Order. The prevailing party in that action will
4 be entitled to recover all of their costs and expenses, including reasonable attorneys' fees,
5 which may arise or accrue from that action. If a party refuses to participate in mediation, that
6 party will be barred from initiating any further proceedings before this, or any other, court
7 with regard to this Order or the Settling Parties' Stipulation.

8 **IT IS FURTHER ORDERED dismissing** with prejudice all claims, causes of action,
9 counterclaims, and cross-claims that the Settling Parties have asserted, or could have been
10 asserted, against each other in this matter, each side to bear their own attorneys' fees and
11 costs.

12 **IT IS FURTHER ORDERED** that this final injunction supersedes and replaces the
13 Stipulated Preliminary Injunction Order (Doc. 22) entered February 8, 2006, which is hereby
14 **VACATED** and no longer has any force or effect.

15 DATED this 2nd day of April, 2007.

_____
Stephen M. McNamee
United States District Judge