**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AJF Engineering, Inc., | No. CIV 05-3862-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Willie James Wade, d.b.a. The English Inspector, | |
| Defendant. | |

Having considered the request of Defendant Willie James Wade to allow Chicago counsel William L. Niro (Doc. 92) to appear telephonically at the Status Conference scheduled for April 20, 2007 at 4:00 p.m. before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that William L. Niro may appear telephonically at the April 20th Status Conference. William L. Niro shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 19th day of April, 2007.

Stephen M. McNamee
United States District Judge