**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AJF ENGINEERING, INC., an Arizona corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIE JAMES WADE and JENNIFER WADE, husband and wife; WILLIE JAMES WADE d.b.a THE ENGLISH INSPECTOR,<br><br>    Defendants. | No. CV-05-3862-PHX-SMM<br><br>**ORDER** |

Pursuant to the Status Conference held on Friday, May 20, 2007, the Court is hereby on notice that the parties have reached a settlement.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal with prejudice no later than **Friday, May 18, 2007**.

**IT IS FURTHER ORDERED** that a failure to file the stipulation of dismissal with prejudice will result in the Court setting any and all necessary pretrial deadlines.

DATED this 23rd day of April, 2007.

_____
Stephen M. McNamee
United States District Judge