**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| AJF ENGINEERING, INC., an Arizona corporation,<br><br>            Plaintiff,<br>vs.<br><br>WILLIE JAMES WADE et el.<br><br>            Defendants. | Case No.:05-03862-PHX-SMM |

Pending before the Court is the Unopposed Motion to Extend the Date to File the Stipulation of Dismissal (Doc. 96) of the parties AJF Engineering, Inc., Willie James Wade, Jennifer Wade, and Willie James Wade d/b/a The English Inspector. Despite the fact that counsel waited until the last minute to file the motion, because of the nature of the matter, the Court will grant the motion.

**IT IS HEREBY ORDERED GRANTING** the parties' Unopposed Motion to Extend the Date to file the Stipulation of Dismissal (Doc. 96). Pursuant to the specific request of the parties, the Stipulation of Dismissal shall be filed no later than May 21, 2007.

DATED this 21st day of May, 2007.

_____
Stephen M. McNamee
United States District Judge