WO

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AJF ENGINEERING, INC., an Arizona corporation,<br><br>               Plaintiff,<br>vs.<br><br>WILLIE JAMES WADE et el.<br><br>               Defendants. | Case No.:05-03862-PHX-SMM |

Pursuant to the signed stipulation of PLAINTIFF AJF ENGINEERING, INC., an Arizona corporation, ("AJF"), and Defendants WILLIE JAMES WADE, JENNIFER WADE and WILLIE JAMES WADE d/b/a THE ENGLISH INSPECTOR (The "Wade Defendants") (AJF and the Wade Defendants are collectively referred to as the "Settling Parties"), wherein the Settling Parties agreed to the dismissal of their claims against one another and the entry of the following final injunction, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the terms and conditions in the Stipulation of Dismissal and For Entry of Final Injunction by Agreement (Doc. 100) signed by counsel for the Settling Parties are hereby incorporated into this Order and that those terms are binding on the Settling Parties.

**IT IS FURTHER ORDERED** that, pursuant to 17 U.S.C. §502 and Rule 65 Fed. R.

Civ. P., the Wade Defendants and, if and to the extent applicable, their officers, directors, agents, servants, employees, attorneys, representatives, related companies, successors, assigns and all others under their supervision and control, at their request or in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, and each of them, are from the date of this Order permanently enjoined from copying, publishing or distributing any of the original constituent elements of the AJF ENGINEERING SAMPLE INSPECTION REPORT ("Protected Report") as registered with the United States Copyright Office, Certificate of Registration No. TXu-160-034, effective October 25, 2005.

**IT IS FURTHER ORDERED** that this final injunction does not preclude the Wade Defendants from: (1) using any version of the SansWrite software program or any other commercially or privately available home inspection software, and any report or template created by the Wade Defendants and generated from any such software program, provided that the Wade Defendants do not copy any original constituent elements of the Protected Report; or (2) working in the home inspection or any other business.

**IT IS FURTHER ORDERED** that this final injunction supersedes and replaces the Stipulated Preliminary Injunction Order entered February 8, 2006, which is hereby **VACATED** and no longer any force or effect.

**IT IS FURTHER ORDERED** that, prior to seeking any legal or equitable relief in any further proceedings against any of the other Settling Parties with regard to any claims, controversies or disputes arising out of or relating to this final injunction, the non-breaching party must give written notice to the breaching party describing the nature of the alleged breach and providing three available dates and times for a face-to-face mediation with a qualified mediator chosen by the non-breaching party in the Phoenix/Scottsdale, Arizona area.  The breaching party may choose one of the three dates and mediation will be

1 conducted at that date and time. The Parties will share the cost of the mediator equally. The
2 written notice must be provided by certified U.S. Mail, return receipt requested, or Federal
3 Express, to the non-breaching party at the following addresses:

**AJF Engineering, Inc.**
10752 N. 89th Place
Scottsdale, AZ 85260

<u>With a copy to</u>:
Maria Crimi Speth
Jaburg & Wilk PC
3200 N. Central Ave.
Suite - #2000
Phoenix, AZ 85012

**Willie James Wade, Jennifer Wade and Willie James Wade d/b/a The English Inspector**
40202 N. Courage Way
Phoenix, AZ 85086

<u>With a copy to</u>:
William L. Niro
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., #4600
Chicago, IL 60602
...
...

      If the parties satisfy the mediation requirement but cannot resolve the dispute, either party may bring an action to resolve any claims, controversies or disputes arising out of or relating to this Order or the Settling Parties' Stipulation only in the United States District Court for the District of Arizona, which the parties agree retains jurisdiction over the parties to enforce the terms of the Stipulation and this Order. The prevailing party in that action will be entitled to recover all of their costs and expenses, including reasonable attorneys' fees, which may arise or accrue from that action. If a party refuses to participate in mediation, that party will be barred from initiating any further proceedings before this, or any other, court with regard to this Order or the Settling Parties' Stipulation.

      **IT IS FURTHER ORDERED** that all claims, causes of action, counterclaims, and

1 | cross-claims that the Settling Parties have asserted, or could have been asserted, against each other in this matter are hereby dismissed with prejudice, each side to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction for the purposes of enforcement of this Order.

DATED this 24th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge